PlnDue, CounDue, DebtEd, DomSup, FeeDueINST, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-09-76782-reg

*Assigned to:* Robert E. Grossman
Chapter 13
Voluntary
Asset

*Date filed:* 09/11/2009
*Date terminated:* 11/23/2009
*Debtor dismissed:* 11/12/2009
*341 meeting:* 12/14/2009

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Jarnail Singh**
115 Maywood Road
Mastic Beach, NY 11951
SUFFOLK-NY
SSN / ITIN: xxx-xx-9210

represented by **Jarnail Singh**
PRO SE

*Trustee*
**Michael J. Macco**
2950 Express Drive South
Suite 109
Islandia, NY 11749
(631) 549-7900
Email: ecf@maccolaw.com

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 09/11/2009 | 1 (37 pgs) | Chapter 13 Voluntary Petition. Fee Amount $ 60.00 Filed by Jarnail Singh Government Proof of Claim due by 3/10/2010. (dmc) Additional attachment(s) added on 9/11/2009 (dmc). (Entered: 09/11/2009) |
| 09/11/2009 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco with 341(a) Meeting to be held on 10/16/2009 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY . Proof of Claims due by 01/14/2010 . (Entered: 09/11/2009) |
| 09/11/2009 | 2 | Exhibit D Re: Credit Counseling Requirement filed for Debtor |

| | | |
|---|---|---|
| | (2 pgs) | Received briefing but do not have Certificate of Credit Counseling from agency describing services provided; Filed by Jarnail Singh (dmc) (Entered: 09/11/2009) |
| 09/11/2009 | [3](#) (1 pg) | Application to Pay Filing Fee in Installments . Filed by Jarnail Singh. (dmc) (Entered: 09/11/2009) |
| 09/11/2009 | | Receipt Number 233374; Fee Amount $ 60.00 (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Jarnail Singh) (dmc) (Entered: 09/11/2009) |
| 09/11/2009 | [4](#) (4 pgs; 2 docs) | Deficient Filing Chapter 13 : Section 521 Incomplete Filings due by 10/26/2009. Certificate of Credit Counseling (Exhibit D Box 2 Checked) due by 9/28/2009. Summary of Schedules due 9/28/2009. Statistical Summary of Certain Liabilities due by 9/28/2009. Chapter 13 Plan due by 9/28/2009. Statement of Current Monthly Income and Means Test (Chapter 13) due by 9/28/2009. Copies of pay statements received from any employer due by 9/28/2009. Incomplete Filings due by 9/28/2009. (dmc) (Entered: 09/11/2009) |
| 09/11/2009 | [5](#) (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 11/12/2009 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. Last day to Object to Confirmation 11/12/2009.Objections to 523 due by 12/15/2009. (dmc) (Entered: 09/11/2009) |
| 09/13/2009 | [6](#) (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors Service Date 09/13/2009. (Admin.) (Entered: 09/14/2009) |
| 09/13/2009 | [7](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 09/13/2009. (Admin.) (Entered: 09/14/2009) |
| 09/13/2009 | [8](#) (4 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 09/13/2009. (Admin.) (Entered: 09/14/2009) |
| 09/16/2009 | [9](#) (1 pg) | Order Granting Application To Pay Filing Fees In Installments. Balance Due: $ 214.00 (Copy mailed to Debtor). (Related Doc # [3](#)). Signed on 9/16/2009. (rjl) (Entered: 09/17/2009) |
| 09/21/2009 | [10](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Wilshire Credit Corp.. (Frank, Anita) (Entered: 09/21/2009) |
| 09/21/2009 | [11](#) (2 pgs) | Notice of Appearance and Request for Notice Filed by Hilary B Bonial on behalf of Saxon Mortgage (Bonial, Hilary) (Entered: 09/21/2009) |
| 09/29/2009 | [12](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Marin L Buczkowski on behalf of Americas Servicing Company (Buczkowski, Marin) (Entered: 09/29/2009) |

| Date | Doc # | Description |
|---|---|---|
| 09/29/2009 | 13<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Marin L Buczkowski on behalf of Americas Servicing Company (Buczkowski, Marin) (Entered: 09/29/2009) |
| 09/29/2009 | 14<br>(1 pg) | DUPLICATE ENTRY Notice of Appearance and Request for Notice Filed by Marin L Buczkowski on behalf of Americas Servicing Company (Buczkowski, Marin) Modified on 9/30/2009 to reflect duplicate entry (jeb). (Entered: 09/29/2009) |
| 10/06/2009 | 15<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Marin L Buczkowski on behalf of Americas Servicing Company (Buczkowski, Marin) (Entered: 10/06/2009) |
| 10/14/2009 | 16<br>(2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (jeb) (Entered: 10/14/2009) |
| 10/16/2009 |  | Notice of Continuance of Meeting of Creditors on 12/14/2009 at 11:00 AM at Room 561, 560 Federal Plaza, CI, NY (Macco, Michael) (Entered: 10/16/2009) |
| 10/16/2009 | 17<br>(2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Service Date 10/16/2009. (Admin.) (Entered: 10/17/2009) |
| 10/21/2009 | 18<br>(3 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 11/12/2009 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Macco, Michael) (Entered: 10/21/2009) |
| 10/21/2009 | 19<br>(2 pgs; 2 docs) | Notice of Proposed Dismissal for debtors failure to pay the balance due on filing fees in the Amount of: 214.00. (ead) (Entered: 10/21/2009) |
| 10/23/2009 | 20<br>(2 pgs) | BNC Certificate of Mailing with Copy of Order Service Date 10/23/2009. (Admin.) (Entered: 10/24/2009) |
| 11/09/2009 | 21<br>(1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)16Final Notice of Section 521 Deficiencies) (jeb) (Entered: 11/09/2009) |
| 11/10/2009 | 22<br>(1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. Section 521(i). (RE: related document(s)21 Request for Judicial Determination Re: 521 Documents). Signed on 11/10/2009 (jeb) (Entered: 11/12/2009) |
| 11/12/2009 | 23<br>(2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (jeb) (Entered: 11/12/2009) |
| 11/13/2009 | 24<br>(4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 11/13/2009) |

| | | |
|---|---|---|
| 11/14/2009 | <u>25</u><br>(2 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Service Date 11/14/2009. (Admin.) (Entered: 11/15/2009) |
| 11/23/2009 | <u>26</u><br>(2 pgs; 2 docs) | Order to Close Automatically Dismissed Case, Copy to Trustee, US Trustee. Signed on 11/23/2009 (jeb) (Entered: 11/23/2009) |
| 11/23/2009 | | Bankruptcy Case Closed (jeb) (Entered: 11/23/2009) |
| 11/25/2009 | <u>27</u><br>(2 pgs) | BNC Certificate of Mailing with Order to Close Dismissed Case Service Date 11/25/2009. (Admin.) (Entered: 11/26/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2019 10:52:45 | | | |
| PACER Login: | Jcfeuers:2580064:0 | Client Code: | mav-011 |
| Description: | Docket Report | Search Criteria: | 8-09-76782-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

**PlnDue, CounDue, DebtEd, DomSup, Repeat, PRVDISM, FeeDueINST, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-16-75721-reg

*Assigned to:* Robert E. Grossman
Chapter 13
Voluntary
Asset

*Date filed:* 12/09/2016
*Date terminated:* 02/14/2017
*Debtor dismissed:* 01/24/2017
*341 meeting:* 03/13/2017

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Jarnail Singh**
95-16 Van Wyck Expressway
Richmond Hill, NY 11419
QUEENS-NY
SSN / ITIN: xxx-xx-9210

represented by **Jarnail Singh**
PRO SE

**Trustee**
**Michael J. Macco**
2950 Express Drive South
Suite 109
Islandia, NY 11749
(631) 549-7900
Email: ecf@maccolaw.com

**U.S. Trustee**
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 12/09/2016 | 1 (9 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $40 Filed by Jarnail Singh Government Proof of Claim due by 6/7/2017. (cjm) (Entered: 12/09/2016) |
| 12/09/2016 | | Prior Filing Case Number(s): 09-76782-reg dismissed 11/12/09 (cjm) (Entered: 12/09/2016) |
| 12/09/2016 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (cjm) (Entered: 12/09/2016) |
| 12/09/2016 | | 341(a) meeting to be held on 01/17/2017 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. Proofs of Claims due by |

| | (2 pgs; 2 docs) | 01/09/2017) |
|---|---|---|
| 01/11/2017 | 13 (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 01/11/2017. (Admin.) (Entered: 01/12/2017) |
| 01/17/2017 | | Statement Adjourning 341(a) Meeting of Creditors. 341(a) Meeting Adjourned to 3/13/2017 at 10:30 AM at Room 561, 560 Federal Plaza, CI, NY. Debtor absent. (Macco, Michael) (Entered: 01/17/2017) |
| 01/19/2017 | 14 (2 pgs; 2 docs) | Notice of Proposed Dismissal for debtors failure to pay the balance due on filing fees in the Amount of: $270.00. (mnc) (Entered: 01/19/2017) |
| 01/21/2017 | 15 (2 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 01/21/2017. (Admin.) (Entered: 01/22/2017) |
| 01/24/2017 | 18 (2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (sld) (Entered: 01/30/2017) |
| 01/25/2017 | 16 (1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)12 Final Notice of Section 521 Deficiencies) (sld) (Entered: 01/25/2017) |
| 01/29/2017 | 17 (1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. 521(i)(1). (RE: related document(s)16 Request for Judicial Determination Re: 521 Documents). Signed on 1/29/2017 (sld) (Entered: 01/30/2017) |
| 02/01/2017 | 19 (4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 02/01/2017) |
| 02/01/2017 | 20 (2 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Notice Date 02/01/2017. (Admin.) (Entered: 02/02/2017) |
| 02/14/2017 | 21 (2 pgs; 2 docs) | Order to Close Automatically Dismissed Case (ch13c4dsm) (Entered: 02/14/2017) |
| 02/14/2017 | | Close Bankruptcy Case (ch13disms) (Entered: 02/14/2017) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 04/26/2019 10:53:11 | | | |
|---|---|---|---|
| PACER Login: | Jcfeuers:2580064:0 | Client Code: | mav-011 |
| Description: | Docket Report | Search Criteria: | 8-16-75721-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |