**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------x
In re:

                                              Case No. 19-42317-nhl

Atlantic 111st LLC

                                              Chapter 11

                    Debtor.
----------------------------------x

**O R D E R**

       **Whereas,** the above-captioned case having been initiated by the filing of a petition under Chapter 11 of Title 11 of the United States Code on April 18, 2019 and randomly assigned to Bankruptcy Judge Nancy Hershey Lord, and

       **Whereas,** it appearing that this case is related to case numbers 16-75721-reg and 09-76782-reg, which cases having been assigned to Bankruptcy Judge Robert E. Grossman, and

       **Whereas,** in the interest of justice and proper case administration this case should be reassigned to Judge Robert E. Grossman, it is

       **ORDERED,** that this case be and it is hereby reassigned to Bankruptcy Judge Robert E. Grossman, and it is further

       **ORDERED,** that the Clerk of Court take all necessary steps to effectuate the reassignment of this case.

Dated: Brooklyn, New York
       April 30, 2019

                                                   *s/Carla E. Craig*
                                                  Carla E. Craig
                                                  Chief U.S. Bankruptcy Judge