| Information to identify the case: | | |
|---|---|---|
| Debtor | **Atlantic 111st LLC** <br> Name | EIN **27–3462063** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **8–19–73137–reg** | | Date case filed for chapter **11**  **4/18/19** |

# NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an order dated April 30, 2019 this case has been Reassign from Judge Nancy Hershey Lord to Judge Robert E. Grossman.

Notice is further given that the meeting of creditors previously scheduled for May 24, 2019 has been rescheduled for June 7, 2019 at 11:00 AM at the following location: Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 562, Central Islip, NY 11722.

Dated: May 2, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLbcn.jsp** [Blank Creditors Notice rev. 02/01/17]