UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

            Atlantic 111st LLC,

                              Case No. 19-73137-reg

                      Debtor.                      Chapter 11
-----------------------------------------------------------------x

## ORDER TO SHOW CAUSE AND RESCHEDULING HEARINGS

            Atlantic 111st LLC (the "Debtor") and MLF3 Atlantic LLC ("MLF3") having appeared at a telephonic hearing held on July 29, 2020 before the Hon. Robert E. Grossman ("July 29 Hearing") and the Debtor and MLF3 having advised the Court that the parties reached a global settlement of all matters pending in the Debtor's case, and the Court having directed the parties to submit a proposed stipulation of settlement to be so-ordered by the Court, and the Debtor and MLF3 having advised the Court that they have been unable to reach a final settlement of the pending matters, and the Court having determined that cause exists pursuant to 11 U.S.C. § 1112(b) to convert the Debtor's Chapter 11 case to Chapter 7,

NOW THEREFORE, it is hereby

            ORDERED, that the Debtor and MLF3 show cause at **11:00 am** on the date of **September 16, 2020,** before the Honorable Robert E. Grossman, Bankruptcy Judge at a telephonic hearing why the Debtor's case should not be converted to a case under Chapter 7 of the Bankruptcy Code. Instructions for participating in a telephonic hearing using Court Solutions can be found on the Court's website (www.nyeb.uscourts.gov);and it is further

            ORDERED, that on or before September 2, 2020, the Clerk of the Court shall serve a copy of this Order by facsimile or e-mail upon counsel to the Debtor, counsel to MLF3, the Office of the United States Trustee and Tarter Krinsky & Drogin, attn: A. Goldstein, Esq., and its is further

            ORDERED, that all matters pending before the Court on July 29, 2020 shall be adjourned to September 16, 2020 at 11:00 a.m.; and it is further

ORDERED, that responses to the Order to Show Cause shall be filed with the Court so as to be received on or before September 11, 2020.



**Dated: Central Islip, New York**
**September 1, 2020**

**Robert E. Grossman**
**United States Bankruptcy Judge**