By:
Name: David Aviram
Title: Manager

"SO-ORDERED"

This _____ day of _____ 2020

_____
United States Bankruptcy Judge