— Quitclaim Deed – Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 18th day of September in the year 2019

**BETWEEN**

HARBANS SINGH, having an address at 50 Hamilton Avenue, Valley Stream, New York 11580

party of the first part, and ATLANTIC AVENUE COMMONS LLC, having an address at c/o Jay L. Yackow, Esq., 355 Post Avenue, Suite 201, Westbury, New York 11590

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of TEN DOLLARS paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
See SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREIN.

BEING AND INTENDED TO BE THE SAME PREMISES CONVEYED TO THE PARTY OF THE FIRST PART BY DEED DATED MAY 18, 2011 AND RECORDED IN THE CITY REGISTER'S OFFICE OF THE CITY OF NEW YORK ON MAY 18, 2018, AS CRFN NO.: 2018000166820.

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____        _Harbans Singh_____
                                                                                    HARBANS SINGH

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of New York, ss:

On the 13th day of September in the year 2019, before me, the undersigned, personally appeared HARBANS SINGH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Elizabeth Ellen Zaikowski_
NOTARY PUBLIC
ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2020

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of        , ss:

On the     day of     in the year    , before me, the undersigned, personally appeared      , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of        , ss:

On the     day of     in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared     , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in    (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)     to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said     execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

State of     , County of    , ss:

On the     day of     in the year    , before me, the undersigned personally appeared     personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the    (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

# Quitclaim Deed

HARBANS SINGH
TO
ATLANTIC AVENUE COMMONS LLC

**Title No.**

**DISTRIBUTED BY**
JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

COUNTY: QUEENS

TOWN/CITY:

PROPERTY ADDRESS: 110-19 ATLANTIC AVENUE, RICHMOND HILL, NY 11418

SECTION:

BLOCK: 9317

LOT: 21

**RETURN BY MAIL TO:**

JAY L. YACKOW, ESQ.
355 POST AVENUE, STE. 201
WESTBURY, NEW YORK 11590

*Barrister Land LLC*

| | |
|---|---|
| Search No.: | BR40609Q |
| State | NEW YORK |
| Town | Richmond Hill |
| County | Queens |
| Tax Designation | Block 9317 Lot 21 |
| Street No.: | 110-19 Atlantic Avenue, Richmond Hill, N.Y. |

---

**SCHEDULE A**
**DESCRIPTION OF PREMISES**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of 111th Street and the northerly side of Atlantic Avenue;

RUNNING THENCE Northerly along the westerly side of 111th Street, 124.26 feet;

THENCE Westerly at right angles to the westerly side of 111th Street, 100.11 feet;

THENCE Southerly at right angles to the last described course, 25.02 feet;

THENCE Westerly at right angles to the last described course, 20.02 feet;

THENCE Southerly at right angles to the last described course, 98.36 feet to the northerly side of Atlantic Avenue;

THENCE Easterly along the northerly side of Atlantic Avenue, 120.13 feet to the corner aforesaid, the point or place of BEGINNING.

Said premises being known as: 110-19 Atlantic Avenue, Richmond Hill

Block: 9317 Lot: 21

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of **NY** } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____110-19 ATLANTIC AVE_____, _____, _____;
Street Address Unit/Apt.

__QUEENS__ New York, __9317__ __21__ (the "Premises");
Borough                Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

__Heribens Singh__  __Atlantic Avenue Commons LL__
Name of Grantor (Type or Print)    Name of Grantee (Type or Print)

_____    _____
Signature of Grantor             Signature of Grantee

Sworn to before me           Sworn to before me
this ___ day of Sept ___ 20 19    this ___ day of Sept ___ 20 19

JAY L. YACKOW                JAY L. YACKOW
NOTARY PUBLIC - STATE OF NEW YORK    NOTARY PUBLIC - STATE OF NEW YORK
NO. 4793749                  NO. 4793749
QUALIFIED IN NASSAU COUNTY   QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES OCT. 31, ___    COMMISSION EXPIRES OCT. 31, ___

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2019091800223101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: QUEENS   BLOCK: 9317   LOT: 21

(2) Property Address: 110-19 ATLANTIC AVE, QUEENS, NY 11418

(3) Owner's Name:   ATLANTIC AVENUE COMMONS LLC

Additional Name:

**Affirmation:**

☑ Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2019091800223101

**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT

AFFIDAVIT IN LIEU OF REGISTRATION STATEMENT

County of __New York__ ) SS.:

State of New York )

__ATLANTIC AVENUE COMMONS LLC__, being duly sworn, deposes and says:

1) I am personally familiar with the real property known by the street address of (insert street address): __110-19 ATLANTIC AVE__ Block __9317__, Lot __21__, and make this Affidavit as (describe capacity in which affidavit is made) __MEMBER__ in connection with a deed/~~lease/memorandum of lease~~ (delete inapplicable description) which transfers an interest in the above real property, that is dated __9/18/2019__, and is between __HARBANS SINGH__ and __ATLANTIC AVENUE COMMONS LLC__.

2) The statements made in the Affidavit are true of my own knowledge, and I submit this Affidavit in order that this Instrument be accepted for recording without being accompanied by a registration statement, as such is defined by Article 2 of Subchapter 4 of Chapter 2 of Title 27 of the Administrative Code of the City of New York.

3) Exemption from registration is claimed because the Instrument affects neither (a) an entire multiple dwelling as such is defined by §27-2004(a)(7) of Article 1 of Subchapter 1, of Chapter 2 of Title 27 of the Administrative Code of the City of New York and New York State Multiple Dwelling Law §4(7) nor (b) a private dwelling as such is defined by §27-2004 (a) (4) of Article 1 of Subchapter 1 of Chapter 2 of Title 27 of the Administrative Code of the City of New York and of the New York State Multiple Dwelling Law §4(6) that is required to register pursuant to, Article 2 of Subchapter 4 of Chapter 2 of Title 27 of the Administrative Code of the City of New York. The Instrument does not affect a multiple dwelling because it affects the following (check applicable item):

- [x] a commercial building
- [ ] a one-or two family dwelling whose owner or a family member resides in the dwelling
- [ ] a condominium unit in a multiple dwelling
- [ ] cooperative corporation shares relating to a single residential unit in a multiple dwelling
- [ ] mineral, gas, water, air or other similar rights not affecting a multiple dwelling
- [ ] lease of commercial space in a multiple dwelling
- [ ] vacant land

4) I am aware that this Affidavit is required by law to be submitted in order that the Instrument be recorded or accepted for recording without being accompanied by a registration statement. I am aware that any false statements made in this Affidavit may be punishable as a felony or misdemeanor under Penal Law Article 210 or as an offense under Administrative Code of the City of New York §10-154.

Sworn To Before Me This
__18th__ Day of __September 2019__

_Elizabeth Ellen Zaikowski_
Notary Public

ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2022

Signature
C/O JAY L. YACKOW, ESQ.
355 POST AVENUE, SUITE 201
Address __WESTBURY, NY 11590__
Telephone # __516-997-4040__

Printed on paper containing 30% post-consumer material.

2019091800223101

NEW YORK CITY DEPARTMENT OF FINANCE
**NYC - RPT**
Department of Finance

**REAL PROPERTY TRANSFER TAX RETURN**
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

## GRANTOR

- **Name:** HARBANS SINGH
- **Grantor is a(n)** (check one): ☑ individual ☐ partnership ☐ corporation ☐ single member LLC ☐ multiple member LLC (see instructions) ☐ other____
- **Telephone Number:**
- **Social Security Number:** 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
- **Employer Identification Number:**
- **Permanent mailing address after transfer (number and street):** 50 HAMILTON AVENUE
- **City and State:** VALLEY STREAM, NY
- **Zip Code:** 11580
- **Single member's name if grantor is a single member LLC:**
- **Single Member EIN or SSN:**

## GRANTEE

- **Name:** ATLANTIC AVENUE COMMONS LLC
- **Grantee is a(n)** (check one): ☐ individual ☐ partnership ☐ corporation ☑ single member LLC ☐ multiple member LLC (see instructions) ☐ other____
- **Telephone Number:**
- **Social Security Number:**
- **Employer Identification Number:** 84-3073525
- **Permanent mailing address after transfer (number and street):** C/O JAY L. YACKOW, ESQ. 355 POST AVENUE, SUITE 201
- **City and State:** WESTBURY, NY
- **Zip Code:** 11590
- **Single member's name if grantee is a single member LLC:** JAY L YACKOW
- **Single Member EIN or SSN:** 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

## PROPERTY LOCATION

LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 110-19 ATLANTIC AVE | | QUEENS | 9317 | 21 | 2 | 15,585 | 1,029,150.00 |

- **DATE OF TRANSFER TO GRANTEE:** 9/18/2019
- **PERCENTAGE OF INTEREST TRANSFERRED:** 100 %

## CONDITION OF TRANSFER. See Instructions

Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules 1 and 2 **must** be completed for all transfers.

- a. ☑ Arms length transfer
- b. ☐ Transfer in exercise of option to purchase
- c. ☐ Transfer from cooperative sponsor to cooperative corporation
- d. ☐ Transfer by referee or receiver (complete Schedule A)
- e. ☐ Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule I)
- f. ☐ Deed in lieu of foreclosure (complete Schedule C)
- g. ☐ Transfer pursuant to liquidation of an entity (complete Schedule D)
- h. ☐ Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
- i. ☐ Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
- j. ☐ Gift transfer not subject to indebtedness
- k. ☐ Gift transfer subject to indebtedness
- l. ☐ Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
- m. ☐ Transfer to a governmental body
- n. ☐ Correction deed
- o. ☐ Transfer by or to a tax exempt organization (complete Schedule G)
- p. ☐ Transfer of property partly within and partly without NYC
- q. ☐ Transfer of successful bid pursuant to foreclosure
- r. ☐ Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
- s. ☐ Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M)
- t. ☐ Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
- u. ☐ Other transfer in connection with financing (describe): _____
- v. ☐ A grant or assignment of a leasehold interest in a tax-free NY area
- w. ☐ Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
- x. Reserved
- y. Reserved
- z. ☑ Other (describe) TRANSFER PURSUANT TO SETTLEMENT

NYC-RPT - Rev. 03.24.2017

1

201909180022310102

Form NYC-RPT                                                                                                                      Page 2

| ● TYPE OF PROPERTY (✓) | ● TYPE OF INTEREST (✓) |
|---|---|
| a. ☐ ......... 1-3 family house<br>b. ☐ ......... Individual residential condominium unit<br>c. ☐ ......... Individual cooperative apartment<br>d. ☐ ......... Commercial condominium unit<br>e. ☐ ......... Commercial cooperative<br>f. ☐ ......... Apartment building<br>g. ☐ ......... Office building<br>h. ☐ ......... Industrial building<br>i. ☐ ......... Utility<br>j. ☑ ......... OTHER. (describe):<br>    COMMERCIAL REAL ESTATE | Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer.<br>REC.                                                                        NON REC.<br>a. ☑ ......... Fee ......... ☐<br>b. ☐ ......... Leasehold Grant ......... ☐<br>c. ☐ ......... Leasehold Assignment or Surrender ......... ☐<br>d. ☐ ......... Easement ......... ☐<br>e. ☐ ......... Subterranean Rights ......... ☐<br>f. ☐ ......... Development Rights ......... ☐<br>g. ☐ ......... Stock ......... ☐<br>h. ☐ ......... Partnership Interest ......... ☐<br>i. ☐ ......... OTHER. (describe): ......... ☐ |

### SCHEDULE 1 - DETAILS OF CONSIDERATION

COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 12. ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.

| | | |
|---|---|---|
| 1. Cash | 1. | 0 00 |
| 2. Purchase money mortgage | 2. | 0 00 |
| 3. Unpaid principal of pre-existing mortgage(s) | 3. | 0 00 |
| 4. Accrued interest on pre-existing mortgage(s) | 4. | 0 00 |
| 5. Accrued real estate taxes | 5. | 0 00 |
| 6. Amounts of other liens on property | 6. | 0 00 |
| 7. Value of shares of stock or of partnership interest received | 7. | 0 00 |
| 8. Value of real or personal property received in exchange | 8. | 0 00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee | 9. | 0 00 |
| 10. Other (describe): _____ | 10. | 0 00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions) | 11. $ | 0 00 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital settlements and transfers of property to a business entity in return for an interest in the entity.

### SCHEDULE 2 - COMPUTATION OF TAX

| A. Payment | Pay amount shown on line 15 - See Instructions | Payment Enclosed |
|---|---|---|

| | | |
|---|---|---|
| 1. Total Consideration (from line 11, above) | 1. | 0 00 |
| 2. Excludable liens (see instructions) | 2. | 0 00 |
| 3. Consideration (line 1 less line 2) | 3. | 0 00 |
| 4. Tax Rate (see instructions) | 4. | 0 % |
| 5. HDFC Exemption (see Schedule L, line 15) | 5. | 0 00 |
| 6. Consideration less HDFC Exemption (line 3 less line 5) | 6. | 0 00 |
| 7. Percentage change in beneficial ownership (see instructions) | 7. | 100 % |
| 8. Taxable consideration (multiply line 6 by line 7) | 8. | 0 00 |
| 9. Tax (multiply line 8 by line 4) | 9. | 0 00 |
| 10. Credit (see instructions) | 10. | 0 00 |
| 11. Transfer tax previously paid (see Schedule L, line 18) | 11. | 0 00 |
| 12. Tax due (line 9 less line 10 and 11) (if the result is negative, enter zero) | 12. | 0 00 |
| 13. Interest (see instructions) | 13. | 0 00 |
| 14. Penalty (see instructions) | 14. | 0 00 |
| 15. **Total Tax Due** (add lines 12, 13 and 14) | 15. $ | 0 00 |

Form NYC-RPT                                                                                                    Page 4

## GRANTOR'S ATTORNEY ▼

| Name of Attorney | MICHAEL E. CAMPOREALE; TARTER KRINSKY & DROGIN LLP | Telephone Number ( 212 ) 216-8000 |
|---|---|---|
| Address (number and street) | 1350 BROADWAY 11TH FLOOR | City and State: NEW YORK, NY | Zip Code: 10018 |

EMPLOYER IDENTIFICATION NUMBER [ ] - [ ]   OR   SOCIAL SECURITY NUMBER [ ] - [ ] - [ ]

## GRANTEE'S ATTORNEY ▼

| Name of Attorney | JAY L. YACKOW | Telephone Number ( 516 ) 997-4040 |
|---|---|---|
| Address (number and street) | 355 POST AVENUE, SUITE 201 | City and State: WESTBURY, NY | Zip Code: 11590 |

EMPLOYER IDENTIFICATION NUMBER [ ] - [ ]   OR   SOCIAL SECURITY NUMBER [ ] - [ ] - [ ]

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

**GRANTOR**

Sworn to and subscribed to before me on this ___ day of September 7/19

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
EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER

HARBANS SINGH
Name of Grantor

Signature of Notary    Signature of Grantor

Notary's stamp or seal:
ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2020

**GRANTEE**

Sworn to and subscribed to before me on this ___ day of September 7/19

84-3073525
EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER

ATLANTIC AVENUE COMMONS LLC
Name of Grantee

Signature of Notary    Signature of Grantee

Notary's stamp or seal:
ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2020

2019091800223101

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded | Month / Day / Year |
| C3. Book | C4. Page | |
| OR | | |
| C5. CRFN | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

### PROPERTY INFORMATION

1. Property Location: **110-19** STREET NUMBER | **ATLANTIC AVE** STREET NAME | **QUEENS** BOROUGH | **11418** ZIP CODE

2. Buyer Name: **ATLANTIC AVENUE COMMONS LLC** LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: **SINGH** LAST NAME / COMPANY | **HARBANS** FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
- A. One Family Residential
- B. 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. ✔ Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

### SALE INFORMATION

10. Sale Contract Date: **9 / 18 / 2019**
11. Date of Sale / Transfer: **9 / 18 / 2019**
12. Full Sale Price $ **0**

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. ✔ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. ✔ Other Unusual Factors Affecting Sale Price (Specify Below)
- J. None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: **K 5**
16. Total Assessed Value (of all parcels in transfer): **1,029,150**

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional Identifier(s) )

**QUEENS 9317 21**

201909180022320101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|
| BUYER SIGNATURE / DATE | BUYER | BUYER'S ATTORNEY | |
| | | LAST NAME | FIRST NAME |
| STREET NUMBER    STREET NAME (AFTER SALE) C/O JAY L. YACKOW, ESQ. 355 POST AVENUE, SUITE 201 | | AREA CODE    TELEPHONE NUMBER | |
| | | SELLER | |
| CITY OR TOWN WESTBURY | STATE NY    ZIP CODE 11590 | SELLER SIGNATURE  Harban␣ Singh | DATE 9/18/19 |

2019091800223201

| TP-584-NYC (7/19) | Department of Taxation and Finance | Recording office time stamp |
|---|---|---|
| | **Combined Real Estate Transfer Tax Return, Credit Line Mortgage Certificate, and Certification of Exemption from the Payment of Estimated Personal Income Tax for the Conveyance of Real Property Located in New York City** | |

See Form TP-584-NYC-I, Instructions for Form TP-584-NYC, before completing this form. Print or type.

### Schedule A – Information relating to conveyance

| Grantor/Transferor | Name (if individual, last, first, middle initial) (☐ mark an X if more than one grantor) SINGH, HARBANS | Social Security number 113 | 68 | 9639 |
|---|---|---|---|---|
| ☑ Individual | | | | |
| ☐ Corporation | Mailing address 50 HAMILTON AVENUE | Social Security number | | |
| ☐ Partnership | | | | |
| ☐ Estate/Trust | City VALLEY STREAM   State NY   ZIP code 11580 | EIN | | |
| ☐ Single member LLC | | | | |
| ☐ Other | Single member's name if grantor is a single member LLC (see instructions) | Single member EIN or SSN | | |

| Grantee/Transferee | Name (if individual, last, first, middle initial) (☐ mark an X if more than one grantee) ATLANTIC AVENUE COMMONS LLC | Social Security number |
|---|---|---|
| ☐ Individual | | |
| ☐ Corporation | Mailing address C/O JAY L. YACKOW, ESQ. 355 POST AVENUE, SUITE 201 | Social Security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City WESTBURY   State NY   ZIP code 11590 | EIN 84 | 3073525 |
| ☑ Single member LLC | | |
| ☐ Other | Single member's name if grantee is a single member LLC (see instructions) YACKOW, JAY L | Single member EIN or SSN 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 |

Location and description of property conveyed

| Tax map designation – Section, block & lot (include dots and dashes) | SWIS code (six digits) | Street address | City, town, or village | County |
|---|---|---|---|---|
| 4 - 9317 - 21 | 650000 | 110-19 ATLANTIC AVE | NEW YORK | QUEENS |

Type of property conveyed (mark an X in applicable box)

1. ☐ One- to three-family house
2. ☐ Residential cooperative
3. ☐ Residential condominium
4. ☐ Vacant land
5. ☑ Commercial/Industrial
6. ☐ Apartment building
7. ☐ Office building
8. ☐ Other _____

Date of conveyance: 9 | 18 | 2019 (month/day/year)

☐ Contract executed on or before April 1, 2019 (see instructions)

Percentage of real property conveyed which is residential real property _____ 0 %  (see instructions)

Condition of conveyance (mark all that apply)

a. ☑ Conveyance of fee interest
b. ☐ Acquisition of a controlling interest (state percentage acquired _____%)
c. ☐ Transfer of a controlling interest (state percentage transferred _____%)
d. ☐ Conveyance to cooperative housing corporation
e. ☐ Conveyance pursuant to or in lieu of foreclosure or enforcement of security interest (attach Form TP-584.1, Schedule E)
f. ☐ Conveyance which consists of a mere change of identity or form of ownership or organization (attach Form TP-584.1, Schedule F)
g. ☐ Conveyance for which credit for tax previously paid will be claimed (attach Form TP-584.1, Schedule G)
h. ☐ Conveyance of cooperative apartment(s)
i. ☐ Syndication
j. ☐ Conveyance of air rights or development rights
k. ☐ Contract assignment
l. ☐ Option assignment or surrender
m. ☐ Leasehold assignment or surrender
n. ☐ Leasehold grant
o. ☐ Conveyance of an easement
p. ☐ Conveyance for which exemption from transfer tax claimed (complete Schedule B, Part 4)
q. ☐ Conveyance of property partly within and partly outside the state
r. ☐ Conveyance pursuant to divorce or separation
s. ☑ Other (describe) PURSUANT TO SETTLEMENT

| For recording officer's use | Amount received | Date received | Transaction number |
|---|---|---|---|
| | Schedule B, Part 1 $ | | |
| | Schedule B, Part 2 $ | | |
| | Schedule B, Part 3 $ | | |

201909180022330102

## Schedule B – Real estate transfer tax return (Tax Law, Article 31)

**Part 1** – Computation of tax due *(in addition to the tax on line 4, you must compute the tax on lines 5a and 5b, if applicable)*

1. Enter amount of consideration for the conveyance *(if you are claiming a total exemption from tax, mark the exemption claimed box, enter consideration and proceed to Part 4)* ☐ **Exemption claimed** ... **1.** 0 00
2. Continuing lien deduction *(see instructions if property is taken subject to mortgage or lien)* ... **2.** 0 00
3. Taxable consideration *(subtract line 2 from line 1)* ... **3.** 0 00
4. Tax: $2 for each $500, or fractional part thereof, of consideration on line 3 ... **4.** 0 00
5a. Tax: $1.25 for each $500, or fractional part thereof, of consideration for the conveyance of residential real property located in New York City if the amount on line 3 is $3 million or more *(see instructions)* ... **5a.** 0 00
5b. Tax: $1.25 for each $500, or fractional part thereof, of consideration for the conveyance of property located in New York City other than residential real property, if the amount on line 1 is $2 million or more *(see instructions)* ... **5b.** 0 00
6. Total before credit(s) claimed *(add lines 4, 5a, and 5b)* ... **6.** 0 00
7. Amount of credit claimed for tax previously paid *(see instructions and attach Form TP-584.1, Schedule G)* ... **7.** 0 00
8. Total tax due* *(subtract line 7 from line 6)* ... **8.** 0 00

**Part 2** – Computation of additional tax due on the conveyance of residential real property for $1 million or more *(see instructions)*

1. Enter amount of consideration for conveyance *(from Part 1, line 1)* ... **1.** 0 00
2. Taxable consideration *(multiply line 1 by the percentage of the premises which is residential real property, as shown in Schedule A)* ... **2.** 0 00
3. Total additional transfer tax due* *(multiply line 2 by 1% (.01))* ... **3.** 0 00

**Part 3** – Computation of supplemental tax due on the conveyance of residential real property, or interest therein, located in New York City, for $2 million or more *(see instructions)*

1. Enter amount of consideration for conveyance *(from Part 1, line 1)* ... **1.** 0 00
2. Taxable consideration *(multiply line 1 by the percentage of the premises which is residential real property, as shown in Schedule A)* ... **2.** 0 00
3. Total supplemental transfer tax due* *(multiply line 2 by tax rate, see instruction for rates)* ... **3.** 0 00

\* The total tax (from Part 1, line 8; Part 2, line 3; and Part 3, line 3 above) is due within 15 days from the date of conveyance.

**Part 4** – Explanation of exemption claimed on Part 1, line 1 *(mark any boxes that apply)*

The conveyance of real property is exempt from the real estate transfer tax for the following reason:

a. Conveyance is to the United Nations, the United States of America, New York State, or any of their instrumentalities, agencies, or political subdivisions (or any public corporation, including a public corporation created pursuant to agreement or compact with another state or Canada)................................................................................................................................ a ☐

b. Conveyance is to secure a debt or other obligation.................................................................................................................. b ☐

c. Conveyance is without additional consideration to confirm, correct, modify, or supplement a prior conveyance................ c ☐

d. Conveyance of real property is without consideration and not in connection with a sale, including conveyances conveying realty as bona fide gifts................................................................................................................................................................ d ☐

e. Conveyance is given in connection with a tax sale................................................................................................................... e ☐

f. Conveyance is a mere change of identity or form of ownership or organization where there is no change in beneficial ownership. (This exemption cannot be claimed for a conveyance to a cooperative housing corporation of real property comprising the cooperative dwelling or dwellings.) Attach Form TP-584.1, Schedule F........................................................ f ☐

g. Conveyance consists of deed of partition................................................................................................................................. g ☐

h. Conveyance is given pursuant to the federal Bankruptcy Act.................................................................................................. h ☐

i. Conveyance consists of the execution of a contract to sell real property, without the use or occupancy of such property, or the granting of an option to purchase real property, without the use or occupancy of such property................................. i ☐

j. Conveyance of an option or contract to purchase real property with the use or occupancy of such property where the consideration is less than $200,000 and such property was used solely by the grantor as the grantor's personal residence and consists of a one-, two-, or three-family house, an individual residential condominium unit, or the sale of stock in a cooperative housing corporation in connection with the grant or transfer of a proprietary leasehold covering an individual residential cooperative apartment.................................................................................................................... j ☐

k. Conveyance is not a conveyance within the meaning of Tax Law, Article 31, § 1401(e) *(attach documents supporting such claim)* ............................................................................................................................................................ k ☐

201909180022330101

**Schedule C – Credit Line Mortgage Certificate** (Tax Law, Article 11)

**Complete the following only if the interest being transferred is a fee simple interest.**
I (we) certify that: *(mark an X in the appropriate box)*

1. [✓] The real property being sold or transferred is not subject to an outstanding credit line mortgage.

2. [ ] The real property being sold or transferred is subject to an outstanding credit line mortgage. However, an exemption from the tax is claimed for the following reason:
   a [ ] The transfer of real property is a transfer of a fee simple interest to a person or persons who held a fee simple interest in the real property (whether as a joint tenant, a tenant in common or otherwise) immediately before the transfer.

   b [ ] The transfer of real property is (A) to a person or persons related by blood, marriage or adoption to the original obligor or to one or more of the original obligors or (B) to a person or entity where 50% or more of the beneficial interest in such real property after the transfer is held by the transferor or such related person or persons (as in the case of a transfer to a trustee for the benefit of a minor or the transfer to a trust for the benefit of the transferor).

   c [ ] The transfer of real property is a transfer to a trustee in bankruptcy, a receiver, assignee, or other officer of a court.

   d [ ] The maximum principal amount secured by the credit line mortgage is $3,000,000 or more, and the real property being sold or transferred is **not** principally improved nor will it be improved by a one- to six-family owner-occupied residence or dwelling.

   **Note:** for purposes of determining whether the maximum principal amount secured is $3,000,000 or more as described above, the amounts secured by two or more credit line mortgages may be aggregated under certain circumstances. See TSB-M-96(6)-R for more information regarding these aggregation requirements.

   e [ ] Other *(attach detailed explanation)*.

3. [ ] The real property being transferred is presently subject to an outstanding credit line mortgage. However, no tax is due for the following reason:
   a [ ] A certificate of discharge of the credit line mortgage is being offered at the time of recording the deed.

   b [ ] A check has been drawn payable for transmission to the credit line mortgagee or his agent for the balance due, and a satisfaction of such mortgage will be recorded as soon as it is available.

4. [ ] The real property being transferred is subject to an outstanding credit line mortgage recorded in _____ (insert liber and page or reel or other identification of the mortgage). The maximum principal amount of debt or obligation secured by the mortgage is _____. No exemption from tax is claimed and the tax of _____ is being paid herewith. *(Make check payable to county clerk where deed will be recorded or, if the recording is to take place in New York City but not in Richmond County, make check payable to the **NYC Department of Finance**.)*

**Signature (both the grantor(s) and grantee(s) must sign)**

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

| _[signature]_ | | _[signature]_ | | _[signature]_ | |
| --- | --- | --- | --- | --- | --- |
| Grantor signature | Title | | Grantee signature | | Title |

| _____ | _____ | _____ | _____ |
| --- | --- | --- | --- |
| Grantor signature | Title | Grantee signature | Title |

**Reminder:** Did you complete all of the required information in Schedules A, B, and C? Are you required to complete Schedule D? If you marked *e*, *f*, or *g* in Schedule A, did you complete Form TP-584.1? If the contract was executed prior to April 1, 2019, did you attach the necessary verification? Have you attached your check(s) made payable to the county clerk where recording will take place or, if the recording is in the New York City boroughs of Manhattan, Bronx, Brooklyn, or Queens, to the **NYC Department of Finance**? If no recording is required, send this return and your check(s), made payable to the **NYS Department of Taxation and Finance**, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-0045. If not using U.S. Mail, see Publication 55, *Designated Private Delivery Services*.

2019091800223301

**Signature (both the grantor(s) and grantee(s) must sign)**

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

| _Harbans Singh_ | _____ | X _____ | _Minh_ |
|---|---|---|---|
| Grantor signature | Title | Grantee signature | Title |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Grantor signature | Title | Grantee signature | Title |

2019091800223301

### Schedule D – Certification of exemption from the payment of estimated personal income tax (Tax Law, Article 22, § 663)

Complete the following only if a fee simple interest or a cooperative unit is being transferred by an individual or estate or trust.

**If the property is being conveyed by a referee pursuant to a foreclosure proceeding, proceed to Part 2, mark the second box under *Exemptions for nonresident transferor(s)/seller(s)*, and sign at bottom.**

**Part 1 –** New York State residents

If you are a New York State resident transferor(s)/seller(s) listed in Form TP-584-NYC, Schedule A (or an attachment to Form TP-584-NYC), you must sign the certification below. If one or more transferors/sellers of the real property or cooperative unit is a resident of New York State, **each** resident transferor/seller must sign in the space provided. If more space is needed, photocopy this Schedule D and submit as many schedules as necessary to accommodate all resident transferors/sellers.

#### Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, § 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| Herband Smyth | Herbns Sigh | 9/12/19 |
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

**Note:** A resident of New York State may still be required to pay estimated tax under Tax Law, § 685(c), but not as a condition of recording a deed.

**Part 2 –** Nonresidents of New York State

If you are a nonresident of New York State listed as a transferor/seller in Form TP-584-NYC, Schedule A (or an attachment to Form TP-584-NYC) but are not required to pay estimated personal income tax because one of the exemptions below applies under Tax Law, § 663(c), mark the box of the appropriate exemption below. If any one of the exemptions below applies to the transferor(s)/seller(s), that transferor(s)/seller(s) is not required to pay estimated personal income tax to New York State under Tax Law, § 663. **Each** nonresident transferor/seller who qualifies under one of the exemptions below must sign in the space provided. If more space is needed, photocopy this Schedule D and submit as many schedules as necessary to accommodate all nonresident transferors/sellers.

If none of these exemption statements apply, you must complete Form IT-2663, *Nonresident Real Property Estimated Income Tax Payment Form,* or Form IT-2664, *Nonresident Cooperative Unit Estimated Income Tax Payment Form.* For more information, see *Payment of estimated personal income tax,* on Form TP-584-NYC-I, page 1.

#### Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, § 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ *(see instructions).*
             Date          Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

2019091800223301

### Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature  Harbans Singh | Print full name  Harbas Sy | Date 9/17/19 |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

### Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ (see instructions).
       Date    Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

2019091800223301