<u>AFFIRMATION</u>

JAY L. YACKOW, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true, under penalty of perjury:

1.    I am the attorney for six (6) entities owned by Jarnail Singh. Said entities own a total of seventeen (17) properties and expect to be in contract for another property shortly. The entities are currently in the process of obtaining a blanket $19.5 million loan on the eighteen (18) properties and we are endeavoring to close by October 1, 2020 or shortly thereafter. Title reports and appraisals are all done and 18 surveys will be completed by the end of the week.  Substantial fees have been paid to the lender, title company, expediter and other attorneys to assist with the loan closing. I have been in touch with the lender and its counsel and they are aware of the time sensitivity not only for the Bankruptcy matter for the various forbearance and settlement agreements with the lenders on the aforesaid properties.

2.    There will be ample funds available from the loan proceeds to pay the settlement amounts referred to in the Stipulation of Settlement with MLF3 Atlantic LLC in the Bankruptcy Court (the "Stipulation").  There is $4 million set aside for said payment. The only holdback to signing the Stipulation is that there are automatic non-monetary defaults provided in the Stipulation which would render the debtor in default upon signing the Stipulation.

3.    The Debtor just needs time to close the loan so that it can pay MLF3 Atlantic LLC and all of the other lenders which are owed substantial sums.

Dated: Westbury, New York
       September 10, 2020

_____
JAY L. YACKOW, ESQ.